UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In Re:

CHRISTOPHER KOVANDA

        Debtors.                  20-41688
                                                      Chapter 7
_____

Kelley McIntyre
        Plaintiff,

v                                                    20-04143
                                                  Adversary case
Christopher Kovanda,                 ANSWER TO ADVERSARY
                                                  COMPLAINT
       Defendant

_____/

      Debtor/Defendant, CHRISTOPHER KOVANDA, as and for his answer to Plaintiff's complaint, provides as follow:

1      That he admits those allegations contained in Paragraph 1, 2, 3, 4, 5, 6, 7, Duplicate 1, Duplicate 2, Duplicate 3, Duplicate 4, Duplicate 5, Duplicate 6, and Duplicate 7.

2      That he denies those allegations contained in paragraph 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and 25

3      That paragraph 13 is a reallegation of previous paragraphs and does not require a response.

4      That he specifically denies any allegation of wrongdoing or misconduct. He at all times relevant herein conducted himself appropriately and professionally, and Plaintiff received a good surgical result. Plaintiff's allegations are specious and false and have been made for reasons unknown to Defendant.

5      That he denies any allegations not specifically admitted, denied or qualified above.

      Wherefore, Debtor/Defendant prays for the following relief:

That Plaintiff's complaint against him be dismissed.


Date:   12/12/2020	/e/ Barbara J. May
	Barbara J. May
	2780 N. Snelling #300
	Roseville, MN  55113
	651-486-8887
	Attorney ID 129689

| STATE OF MINNESOTA | ) | |
|---|---|---|
| | ) SS | Case No.: ADV 20-04143 |
| COUNTY OF RAMSEY | ) | |

Barbara J. May, being duly sworn upon oath, says that on the 13th day of December, 2020, she served via US Mail and email, the Debtor's answer, on:

Joel Montpetit
901 Marquette Ave
Suite 500
Minneapolis, MN  55402

   /e/ Barbara J. May

   Barbara J. May