# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 20-41688 |
| Christopher John Kovanda, | |
| Debtor. | Chapter 7 |

| | |
|---|---|
| Kelley McIntyre, | Adv. No. 20-04143 |
| Plaintiff, | |
| v. | |
| Christopher Kovanda, | |
| Defendant. | |

## ORDER

Minneapolis, Minnesota, December 30, 2020.

In accordance with the Court's order granting the plaintiff's motion for relief from the automatic stay in the debtor defendant's chapter 7 bankruptcy case, at case number 20-41688, Doc. No. 131, this matter will be held in abeyance pending the outcome of the state court litigation addressed in that order. When the state court litigation has been resolved, the plaintiff's counsel in this matter is responsible for notifying the Court so that an appropriate order advancing this litigation may be entered in this adversary proceeding.

Dated: December 30, 2020

*/e/ Michael E. Ridgway*

Michael E. Ridgway
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 12/30/2020
Lori Vosejpka, Clerk, by MJS