UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Christopher John Kovanda

            Debtor.

CHAPTER THIRTEEN CASE
CASE NO. 20-41688

**AMENDED NOTICE OF HEARING FOR PETETIONER'S MOTION FOR DETERMINATION THAT A PATIENT CARE OMBUDSMAN IS NOT NECESSARY**

TO: THE PARTIES IN INTEREST AS SPECIFIED IN BANKRUPTCY RULE 4001(B)(1)(C) AND LOCAL RULES 2002-2 AND 2002-4

1. Christopher J Kovonda, M.D. (Petitioner), moves this Court (the "Motion") for the relief requested below and gives notice of hearing.

**NOTICE**

2. A hearing will be held on Petitioner's motion at 10:30AM on July 23, 2020, before the Honorable Michael E. Ridgway, in Courtroom 7 West, Diana E Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

3. Any response to the Motion must be filed and delivered no later than July 17, 2020, which is five (5) days before the time set for the hearing. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

Dated: July 8, 2020

The Law Office of Howard Lazarus, PC

_____
Howard A. Lazarus, Esq.
Attorney for Petitioner
Attorney Reg. #0184196
3800 American Boulevard West
Suite 1500
Bloomington, MN 55413
651-434-7590
halazlaw@gmail.com

U.S. BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
Christopher J Kovanda

        Debtor.

UNSWORN DECLARATION
FOR PROOF OF SERVICE

Bky. No. 20-41688

Howard A Lazarus, attorney licensed to practice law in this court, with office address at 3800 American Boulevard, Suite 1500, Bloomington, Minnesota 55431, declares that on the date set forth below, I served the following documents (Amended Notice of Motion for Determination that a Patient Care Ombudsman is Not Necessary) Affidavit upon the entity named below by electronic transmission or by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid and depositing same in the post office at City, Minnesota addressed to each of them as follows:

---

Bankruptcy Trustee
U.S. Trustee
Chase Bank

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: July 8, 2020

_____
ATTORNEY